August Gross et al., Appellees, v. Village of Niles et al.,
Appellants.

Gen. No. 41,664.

opinion filed February 10, 1942; re-
hearing denied February 25, 1942. Henry L. Wells, for certain ap-
pellant; Maloney & Wooster, for certain other appellant; Herman &
Pollak, for certain other appellant; Henry L. Wells, Charles C. Wooster,
Harold L. Summerfield, Edward M. Herman and B. L. Pollak, of

counsel; David H. Kraft, Clarence W. Shaeffer and George F. Rutledge, for appellees; David H. Kraft, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''